IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
_____Fort Worth_____ DIVISION

**U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
MAR 18 2015
CLERK, U.S. DISTRICT COURT
By_____
Deputy**

__Lisa A. Biron   #12775-049__
Plaintiff's Name and ID Number

__FMC Carswell__
Place of Confinement

v.

CASE NO. __4-15CV-205-A__
(Clerk will assign the number)

__FMC Carswell Warden Jody Upton, et al.__   **APPLICATION TO PROCEED IN FORMA PAUPERIS**
Defendant's Name and Address

I, __Lisa A. Biron_____, declare, depose, and say that I am the Plaintiff in the above entitled case. In support of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty, I am unable to pay in advance the filing fee for said proceedings or to give security for the filing fee. I believe I am entitled to relief.

I further declare that the responses which I have made to questions and instructions below are true.

1. Have you received, within the past 12 months, any money from any of the following sources?

    a. Business, profession or from of self-employment?   ☐ Yes   ☒ No
    b. Rent payments, interest or dividends?   ☐ Yes   ☒ No
    c. Pensions, annuities or life insurance payments?   ☐ Yes   ☒ No
    d. Gifts or inheritances?   ☐ Yes   ☒ No
    e. Family or friends?   ☒ Yes   ☐ No
    f. Any other sources? __Former__ prison job   ☒ Yes   ☐ No

    If you answered **YES** to any of the questions above describe each source of money and state the amount received from each during the past 12 months.

    __My family sends me approximately $ 100.00 per month.__
    __For 4 months I made approximately $ 17.00 per month at a prison job.__

2. Do you own cash, or do you have money in a checking or savings account, including any funds in prison accounts?   ☒ Yes   ☐ No

    If you answered **YES**, state the total value of the items owned.

    __I presently have $ 46.79 in my inmate account__

3. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property, excluding ordinary household furnishings and clothing?

☐ Yes    ☒ No

If you answered **YES**, describe the property and state its approximate value.

N/A

**I understand that a false statement or answer to any questions in this affidavit will subject me to penalties for perjury. I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct (28 U.S.C. § 1746).**

Signed this __16th__ day of __March__, 20__15__.

*Lisa Biron*                          12775-049
Signature of Plaintiff                   ID Number

**YOU MUST ATTACH A CURRENT SIX (6) MONTH HISTORY OF YOUR INMATE TRUST ACCOUNT. YOU CAN ACQUIRE THE APPROPRIATE INMATE ACCOUNT CERTIFICATE FROM THE LAW LIBRARY AT YOUR PRISON UNIT (OR OTHER DESIGNATED LOCATION AT YOUR INSTITUTION).**

## CERTIFICATE OF INMATE TRUST ACCOUNT

I, the undersigned authorized officer of the **FMC Carswell** (name of institution) where **Lisa Biron** (name of inmate), Inmate ID No. **12775-049**, is confined as a prisoner, do hereby certify that:

(1) On this day the prisoner has in his account the sum of $ **See Attached**.

(2) During the past six months, the prisoner's:

Average monthly balance was $ **See Attached**.

Average monthly deposits to the prisoner's account were $ **See Attached**.

Attached is a certified copy of the prisoner's trust account statement (or institutional equivalent) showing transactions for the past six months.

Signed this **16th** day of **March**, 20 **15**.

_____**See Attached Statement**_____
Authorized Officer

_____**FMC Carswell**_____
Institution of Confinement

### Authorization

I, the undersigned inmate, authorize the institution where I am incarcerated to withdraw and forward to the court any initial partial filing fee or appeal fee and any subsequent installments ordered by a Court under the *in forma pauperis* provisions of 28 U.S.C. § 1915.

_____*Lisa Biron*_____
Signature of Prisoner/Plaintiff/Appellant
Inmate ID No. **12775-049**

3

# Federal Bureau of Prisons
## TRULINCS Account Transactions - Commissary
### Personal Inmate Information

**Inmate No:** 12775049  **Inmate Name:** BIRON, LISA  **Available Balance:** $46.79

| Date | Reference # | Transaction Type | Sender Last name | Amount |
|---|---|---|---|---|
| 03/10/2015 | 75 | Sales | | -$78.25 |
| 03/10/2015 | PICP0315 | Inmate Co-pay | | -$2.00 |
| 02/27/2015 | 33315058 | Western Union | BONCZAR | $125.00 |
| 02/26/2015 | 129 | Sales | | -$60.10 |
| 02/17/2015 | 88 | Sales | | -$34.90 |

Inmate #: 12775049

## All Transactions

| | |
|---|---|
| Inmate Reg #: | 12775049 |
| Inmate Name: | BIRON, LISA |
| Report Date: | 03/01/2015 |
| Report Time: | 10:57:22 PM |

| | |
|---|---|
| Current Institution: | Carswell FMC |
| Housing Unit: | CRW-I-S |
| Living Quarters: | I04-249U |

| Date/Time | Transaction Type | Amount | Ref# | Payment# | Balance |
|---|---|---|---|---|---|
| 2/27/2015 11:04:17 AM | Western Union | $125.00 | 33315058 | | $127.04 |
| 2/26/2015 1:00:14 PM | Sales - Fingerprint | ($60.10) | 129 | | $2.04 |
| 2/17/2015 12:38:23 PM | Sales - Fingerprint | ($34.90) | 88 | | $62.14 |
| 2/10/2015 12:35:59 PM | Sales - Fingerprint | ($51.05) | 71 | | $97.04 |
| 2/9/2015 10:24:10 AM | TRUL Withdrawal | ($5.00) | TL0209 | | $148.09 |
| 2/9/2015 9:59:39 AM | Phone Withdrawal | ($20.00) | TFN0209 | | $153.09 |
| 2/6/2015 10:36:47 AM | Payroll - IPP | $16.80 | PIPP0115 | | $173.09 |
| 2/4/2015 1:05:41 PM | Western Union | $100.00 | 33315035 | | $156.29 |
| 2/3/2015 12:42:01 PM | Sales - Fingerprint | ($64.55) | 117 | | $56.29 |
| 1/30/2015 11:12:15 AM | Phone Withdrawal | ($19.00) | TFN0130 | | $120.84 |
| 1/30/2015 11:01:29 AM | TRUL Withdrawal | ($10.00) | TL0130 | | $139.84 |
| 1/20/2015 8:49:22 PM | TRUL Withdrawal | ($5.00) | TL0120 | | $149.84 |
| 1/20/2015 12:29:05 PM | Sales - Fingerprint | ($21.65) | 61 | | $154.84 |
| 1/13/2015 7:24:08 AM | Sales - Fingerprint | ($52.45) | 37 | | $176.49 |
| 1/9/2015 10:03:35 AM | Western Union | $100.00 | 33315009 | | $228.94 |
| 1/8/2015 1:10:04 PM | Payroll - IPP | $18.00 | PIPP1214 | | $128.94 |
| 12/30/2014 12:39:01 PM | Sales - Fingerprint | ($44.10) | 80 | | $110.94 |
| 12/24/2014 6:15:38 PM | Phone Withdrawal | ($14.00) | TFN1224 | | $155.04 |
| 12/24/2014 9:04:01 AM | Western Union | $50.00 | 33314358 | | $169.04 |
| 12/23/2014 12:27:05 PM | Sales - Fingerprint | ($41.80) | 88 | | $119.04 |
| 12/17/2014 12:28:23 PM | Sales - Fingerprint | ($52.40) | 68 | | $160.84 |
| 12/12/2014 7:04:10 PM | Western Union | $100.00 | 33314346 | | $213.24 |
| 12/12/2014 12:55:39 PM | Phone Withdrawal | ($25.00) | TFN1212 | | $113.24 |
| 12/11/2014 12:31:52 PM | Sales - Fingerprint | ($48.80) | 101 | | $138.24 |
| 12/4/2014 1:54:34 PM | Payroll - IPP | $16.80 | PIPP1114 | | $187.04 |
| 12/3/2014 10:44:18 PM | TRUL Withdrawal | ($10.00) | TL1203 | | $170.24 |
| 12/3/2014 3:05:24 PM | Western Union | $150.00 | 33314337 | | $180.24 |
| 12/3/2014 12:42:02 PM | Sales - Fingerprint | ($40.60) | 68 | | $30.24 |
| 12/1/2014 1:27:43 PM | Phone Withdrawal | ($4.00) | TFN1201 | | $70.84 |
| 11/23/2014 7:18:15 PM | TRUL Withdrawal | ($5.00) | TL1123 | | $74.84 |
| 11/19/2014 6:40:25 PM | Phone Withdrawal | ($20.00) | TFN1119 | | $79.84 |
| 11/19/2014 1:18:52 PM | Sales - Fingerprint | ($35.15) | 79 | | $99.84 |
| 11/12/2014 12:45:27 PM | Sales - Fingerprint | ($25.95) | 118 | | $134.99 |
| 11/11/2014 11:04:04 AM | Phone Withdrawal | ($25.00) | TFN1111 | | $160.94 |
| 11/6/2014 2:09:34 PM | Payroll - IPP | $16.80 | PIPP1014 | | $185.94 |
| 11/5/2014 4:04:20 PM | Western Union | $100.00 | 33314309 | | $169.14 |
| 11/5/2014 12:22:43 PM | Sales - Fingerprint | ($31.65) | 79 | | $69.14 |
| 10/29/2014 2:50:52 PM | Phone Withdrawal | ($15.00) | TFN1029 | | $100.79 |
| 10/29/2014 11:52:01 AM | Sales - Fingerprint | ($80.50) | 47 | | $115.79 |
| 10/22/2014 2:19:26 PM | TRUL Withdrawal | ($5.00) | TL1022 | | $196.29 |
| 10/17/2014 11:14:52 AM | TRUL Withdrawal | ($2.00) | TL1017 | | $201.29 |
| 10/12/2014 12:53:33 PM | TRUL Withdrawal | ($5.00) | TL1012 | | $203.29 |
| 10/8/2014 9:03:37 AM | Western Union | $100.00 | 33314281 | | $208.29 |
| 10/6/2014 9:04:59 AM | Payroll - IPP | $3.84 | PIPP0914 | | $108.29 |
| 10/3/2014 12:17:46 PM | Sales - Fingerprint | ($52.20) | 94 | | $104.45 |
| 9/23/2014 12:18:49 PM | Court Fees | ($5.00) | 6321 | 1437 | $156.65 |
| 9/23/2014 12:18:49 PM | BP 199 Request - Released | $5.00 | 6321 | | |
| 9/23/2014 11:43:35 AM | TRUL Withdrawal | ($5.00) | TL0923 | | $161.65 |
| 9/18/2014 11:45:36 AM | TRUL Withdrawal | ($2.00) | TL0918 | | $166.65 |
| 9/16/2014 3:00:57 PM | BP 199 Request | ($5.00) | 6321 | | |

1 2

## All Transactions

| | | |
|---|---|---|
| Inmate Reg #: | 12775049 | Current Institution: Carswell FMC |
| Inmate Name: | BIRON, LISA | Housing Unit: CRW-I-S |
| Report Date: | 03/01/2015 | Living Quarters: 104-249U |
| Report Time: | 10:57:30 PM | |

| Date/Time | Transaction Type | Amount | Ref# | Payment# | Balance |
|---|---|---|---|---|---|
| 9/16/2014 3:00:03 PM | BP 199 Request - Released | $5.00 | 6320 | | |
| 9/16/2014 2:25:47 PM | BP 199 Request | ($5.00) | 6320 | | |
| 9/4/2014 2:04:37 PM | Western Union | $75.00 | 33314247 | | $168.65 |
| 9/1/2014 8:41:44 AM | TRUL Withdrawal | ($10.00) | TL0901 | | $93.65 |
| 8/28/2014 11:11:06 AM | Sales - Fingerprint | ($84.05) | 42 | | $103.65 |
| 8/19/2014 6:04:19 PM | Western Union | $50.00 | 33314231 | | $187.70 |
| 8/16/2014 7:28:44 PM | BP 199 Request - Released | $5.00 | 5424 | | |
| 8/4/2014 10:04:38 AM | Western Union | $75.00 | 33314216 | | $137.70 |
| 8/2/2014 6:24:45 PM | TRUL Withdrawal | ($10.00) | TL0802 | | $62.70 |
| 7/31/2014 12:19:46 PM | Sales - Fingerprint | ($34.00) | 105 | | $72.70 |
| 7/29/2014 3:21:19 PM | BP 199 Request | ($5.00) | 5424 | | |
| 7/18/2014 8:38:41 PM | Phone Withdrawal | ($20.00) | TFN0718 | | $106.70 |
| 7/17/2014 12:42:05 PM | Sales - Fingerprint | ($24.50) | 71 | | $126.70 |
| 7/11/2014 4:04:10 PM | Western Union | $75.00 | 33314192 | | $151.20 |
| 7/10/2014 12:16:01 PM | Sales - Fingerprint | ($19.65) | 94 | | $76.20 |
| 7/8/2014 12:50:55 PM | Phone Withdrawal | ($10.00) | TFN0708 | | $95.85 |
| 7/3/2014 11:08:22 PM | TRUL Withdrawal | ($5.00) | TL0703 | | $105.85 |
| 6/27/2014 10:53:56 AM | Phone Withdrawal | ($7.00) | TFN0627 | | $110.85 |
| 6/26/2014 12:27:53 PM | Sales - Fingerprint | ($9.15) | 94 | | $117.85 |
| 6/26/2014 8:28:28 AM | Phone Withdrawal | ($10.00) | TFN0626 | | $127.00 |
| 6/20/2014 1:07:58 PM | TRUL Withdrawal | ($10.00) | TL0620 | | $137.00 |
| 6/20/2014 8:03:15 AM | Western Union | $75.00 | 33314171 | | $147.00 |
| 6/15/2014 2:38:23 PM | TRUL Withdrawal | ($5.00) | TL0615 | | $72.00 |
| 6/12/2014 12:17:53 PM | Sales - Fingerprint | ($5.80) | 76 | | $77.00 |
| 6/9/2014 5:48:10 PM | TRUL Withdrawal | ($2.00) | TL0609 | | $82.80 |
| 6/6/2014 9:03:48 PM | Western Union | $75.00 | 33314157 | | $84.80 |
| 6/6/2014 7:00:14 AM | FRP Quarterly Pymt | $0.00 | NFRP0614 | | $9.80 |
| 6/5/2014 12:12:01 PM | Sales - Fingerprint | ($20.70) | 75 | | $9.80 |

1 2