IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
APR 15 2015
CLERK, U.S. DISTRICT COURT
By _____
Deputy

| | |
|---|---|
| LISA A BIRON, § | |
| (BOP No.12775-049) § | |
| V. § | CIVIL ACTION NO. 4:15-CV-205-A |
| § | |
| JODY UPTON, et al. § | |

### ORDER RE: COLLECTION AND PAYMENT OF FULL FILING FEE
(With Special Instructions to the Clerk of Court)

The Court, having considered plaintiff's Application for Leave to Proceed *In Forma Pauperis* in light of the Prison Litigation Reform Act of 1995 (PLRA), finds the following:

[X] Plaintiff has had the initial partial filing fee paid as ordered by the Court.

It is therefore **ORDERED** that:

[X] Plaintiff shall pay $ 320.09, the balance of the filing fee, in monthly installments as provided in 28 U.S.C. § 1915(b)(2).

The agency having custody of plaintiff shall deduct 20% of each deposit made to plaintiff's inmate trust account and forward payments to the Court on a regular basis provided the account exceeds $ 10.00.

Plaintiff shall immediately execute all consents and other documents required by the agency having custody of plaintiff to authorize the necessary withdrawals from plaintiff's inmate trust account.

The Clerk of Court shall mail a copy of this Order to the inmate accounting office or other person(s) or entity with responsibility for assessing, collecting, and remitting to the Court the interim filing fee payments on behalf of inmates, as designated by the facility in which plaintiff is confined.

After docketing of this order, this action should be returned to the United States District Judge for further review and for such other action as may be deemed appropriate.

**SIGNED** April 15, 2015.

_____
JEFFREY L. CURETON
UNITED STATES MAGISTRATE JUDGE