

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

APR 16 2015

CLERK, U.S. DISTRICT COURT
By _____
                Deputy

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| LISA A. BIRON, | § |
| Plaintiff, | § |
| VS. | § NO. 4:15-CV-205-A |
| JODY R. UPTON, WARDEN, FMC-CARSWELL, ET AL., | § |
| Defendants. | § |

ORDER

The above-captioned action is related to, and perhaps dependent upon the outcome of, Civil Action No. 4:14-CV-772-O (consolidated with Civil Action No. 4:14-CV-823-O). Accordingly,

The court ORDERS that the above-captioned action be, and is hereby, transferred to the docket of the Hon. Reed O'Connor for consideration along with the cases pending before him.

SIGNED April 16, 2015.

JOHN McBRYDE
United States District Judge