UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF TEXAS
FORT WORTH



Lisa A. Biron,  )
    Plaintiff  )
)
v.  )    Civil Action No.: 4:15-CV-205-O
)
Jody R. Upton, Warden,  )
    FMC-Carswell, et al.,  )
    Defendants.  )
)
)
)
)

## MOTION TO REDUCE MONTHLY PAYMENT AMOUNT OF FILING FEE

On April 15, 2015 this Honorable Court ordered Plaintiff to pay the $ 320.09 balance of the filing fee in monthly installments of 20% of each deposit made to her inmate trust account. Plaintiff requests that this Court stay this order until the outcome of this case, or, in the alternative, lower the percentage of payment amount to 5% of her deposits.

Plaintiff states in support as follows:

1.   The Plaintiff receives only $ 100.00 per month from her family. This $ 100.00 is the total of $ 50.00 from her elderly (fixed income) mother, and $ 50.00 from her elderly (fixed income) father.

2.   The Plaintiff is responsible for buying her own soap and hygiene as the institutional soap is not for sensitive skin.

3.   Further, Plaintiff must buy all of her over the counter medications.

4.   The commissary prices are exorbitant: 12 Prilosec $ 15.45
                                                            50 Ibuprofen $ 2.45
                                                         100 Antacid Tabs $ 3.75
                                                         1 Single Bar Dial Soap $ 1.00
                                                         1 12oz Suave Body Wash $ 3.35

This is just a small sampling of the commissary prices which are raised 30-35% above the cost of the products.

5. Petitioner suggests that it is within the Court's discretion to stay its payment order until the outcome of this case.

WHEREFORE, Plaintiff respectfully requests the Court grant her the relief requested herein and any other relief deemed just or equitable.

Respectfully submitted,

4/23/15
Date

*Lisa Biron*
Lisa A. Biron
# 12775-049
FMC Carswell
P.O. Box 27137
Fort Worth, TX 76127


I, Lisa A. Biron, declare and affirm, under penalty of perjury, that the foregoing information is true and correct.

4/23/15
Date

*Lisa Biron*
Lisa A. Biron

Name Lisa Biron mailed 4/23/15
Reg. No. 12775-049
Federal Medical Center, Carswell
P.O. Box 27137
Ft. Worth, TX 76127

RECEIVED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX
FT WORTH DIVISION
2015 APR 27   AM 11:50
CLERK OF COURT

⇔12775-049⇔
Us District Court
Clerk of Court
501 W 10TH ST
Room 310
FORT Worth, TX 76102
United States

7610297599

NORTH TEXAS TX FCDC
DALLAS TX 750
24 APR 2015 PM 4 L

