Lisa A. Biron
Reg. # 12775-049
FMC Carswell
P.O. Box 27137
Fort Worth, TX 76127

United States District Court          May 21, 2015
Clerk of Court
501 W. Tenth St., Rm. 310
Fort Worth, TX 67102

Dear Clerk:

A couple of months ago I requested and received a copy of the <u>Pro Se</u> Handbook for Civil Suits. Thank you. Some of the forms, however, were not included. Will you please mail a copy of forms A-F listed under section 12, List of Available Forms at your convenience.

Also, could you please give me a status update on Civil Case No.: 4:15-CV-205. In particular, I would like to know if and when the defendants were served. I am starting to experience retaliatory actions against me that I believe will coincide with the date of service.

Lastly, please provide an update on Civil Case No.: 4:14-CV-772 (consolidated with 4:14-CV-823).

Thank you very much for your attention to this matter.

                                        Sincerely,

                                        *Lisa Biron*

                                        Lisa A. Biron



Name Lisa A. Biron
Reg. No. 12775-049  Mailed 5/21/15
Federal Medical Center, Carswell
P.O. Box 27137
Ft. Worth, TX 76127

U.S. DISTRICT COURT
NORTHERN DIST. OF TX.
FT WORTH DIVISION

2015 MAY 26  AM 10: 49

CLERK OF COURT

⇔12775-049⇔
US District Court
Clerk of Court
501 W 10TH ST
Room 310
FORT WORTH, TX 76102
United States

NORTH TEXAS TX PSDC
DALLAS TX 750
21 MAY 2015 PM 5 L

# United States District Court
## Northern District of Texas

*Fort Worth Division*

May 26, 2015

Lisa A Biron #12775-049
BOP Carswell FMC
PO Box 27137
Fort Worth, TX 76127

Re: Your correspondence received in the U.S. District Clerk's Office on  May 26, 2015
Case No./Style:  4:15-CV-205-O, 4:14-CV-772-O

Enclosed is a copy of your docket sheet, provided free of charge as a one time courtesy.

Service has not been effected on the defendants in 4:15-CV-205. In the Order dated March 19, 2015, document #6, mailed to you on that same date, the Judge ordered that service of process will be withheld pending judicial screening.

Regarding forms, if there is a specific form you need, let us know which one and we can send it to you. You can also view and print all our forms from the Northern District website, www.txnd.uscourts.gov.

Sincerely,

Deputy Clerk -  mpw