UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF TEXAS
FORT WORTH



U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

JUN -3 2015

CLERK, U.S. DISTRICT COURT
By_____
Deputy

Lisa A. Biron,
    Plaintiff

v.

Jody R. Upton, Warden,
    FMC-Carswell, et al.,
    Defendants.

Civil Action No.: 4:15-CV-205-O

Request for Emergency Temporary
Restraining Order

## Motion to Amend Complaint to Request Emergency Temporary Restraining Order

On March 18, 2015, after months of proceeding through the administrative remedies process, the Plaintiff filed a civil action against the Defendants seeking a preliminary injunction, a permanent injunction, a declaratory judgment and damages. By Deputy Clerk letter dated May 26, 2015, the Plaintiff learned that the Defendants have not yet been served with this suit.

On June 1, 2015 at 12:33 p.m., Plaintiff received another incident report for allegedly sending mail to her daughter, R.B. The Defendants will likely again take away Plaintiff's phone privileges while she is in the midst of trying to collaterally attack her underlying conviction and may confine her in the Special Housing Unit.

The Plaintiff has stated a prima facie case of multiple civil rights violations in her initial complaint. The complaint was initially screened by the Court in order to grant the Plaintiff <u>in forma pauperis</u> status. And being an attorney herself, the Plaintiff can not fathom why her law

1

suit has not yet been sufficiently screened, the Defendants served, and a preliminary injunction issued.

The ongoing violation of the Plaintiff's constitutional rights as set forth in her verified Complaint amounts to an irreparable injury. The sanctions including loss of phone when the Plaintiff is trying to represent herself in her criminal case will cause irreparable injury.

The Plaintiff requests this Court restrain the Defendants from acting on, or sanctioning the Plaintiff for, the June 1, 2015 Incident Report until the Court can rule on her request for the Preliminary Injunction.

The Plaintiff has given a copy of this Pleading and the Proposed Order to Show Cause to the lieutenant on duty.

Respectfully submitted,

6-1-15
Dated

*Lisa Biron*
Lisa A. Biron
#12775-049
FMC Carswell
P.O. Box 27137
Fort Worth, TX 76127

## Verification

I, Lisa A. Biron, hereby swear, under penalty of perjury, that the matters and facts alleged in the foregoing Complaint are true and correct.

6-1-15
Date

*Lisa Biron*
Lisa A. Biron

2

Lisa A. Biron<br>
#12775-049<br>
FMC Carswell<br>
P.O. Box 27137<br>
Fort Worth, TX 76127

Clerk of Court                                June 1, 2015
U.S. District Court
501 W. Tenth St., Room 310
Fort Worth, TX 76102-3673

Re: Biron v. Upton, et al. Civil Action No.: 4:15-CV-205-O

Dear Clerk:

    I have enclosed, for filing with the Court, my Motion to Amend Complaint to Request Emergency Temporary Restraining Order and Proposed Order to Show Cause.

    Thank you for your attention to this matter.

Sincerely,<br><br>
<em>Lisa Biron</em><br>
Lisa A. Biron

Name Lisa Biron
Reg. No. 12775-049 mailed 6/2/15
Federal Medical Center, Carswell
P.O. Box 27137
Ft. Worth, TX 76127

legal mail

⇔12775-049⇔
US District Court
Clerk of Court
501 W 10TH ST
Room 310
FORT Worth, TX 76102
United States

NORTH TEXAS TX P&DC
DALLAS TX 750
02 JUN 2015 PM 3 L

7610297599

