

Lisa A. Biron
Reg. # 12775-049
FMC Carswell
P.O. Box 27137
Fort Worth, TX 76127

Clerk of Court                                    September 22, 2015
U.S. District Court
501 W. Tenth Street, Rm: 310
Fort Worth, TX 76102

Re: In Forma Pauperis status for appeal of Case No. 4:15-CV-205-d (Ct. App. Case No. 15-10684)

Dear Clerk:

This Court granted IFP status for the above case on March 19, 2015. The order of dismissal has been appealed to the Fifth Circuit that has informed me that I must again seek permission to appeal IFP.

My deadline is October 1, 2015.

I request permission to proceed on appeal IFP and ask that the Court use the financial information from Case No. 4:14-CV-772 (Consol. with 823). There is a trust fund statement therein as IFP status was just granted for that appeal within weeks of my filing the Notice of Appeal for the present case. It is very difficult to keep getting this information here and I am already under scrutiny for suing these people.

Please let me know if this is unacceptable.

I also request that the fee not be deducted until I am finished paying for the district court case. The Court is already receiving 20% of my meager $100.00 monthly gift from my limited-income family, and this is the same case. In addition, I strongly believe this Court erred in dismissing the case finding facts not in evidence to dismiss the case on a PLRA screening. This fee is a terrible hardship. And if the case is remanded I would essentially be forced to pay $505.00 for the district court's error.

Regardless, my constitutional rights are being violated at this prison and I must go forward with this appeal.

Thank you for your attention to this matter.

                                                  Sincerely,

                                                  Lisa Biron
                                                  Lisa Biron

Cc: Clerk, Fifth Circuit Ct. App.

# *United States Court of Appeals*
## FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

September 16, 2015

#12775-049
Ms. Lisa A. Biron
FMC Carswell
J Street Building 3000, P.O. Box 27137
Fort Worth, TX 76127-0000

      No. 15-10684    Lisa Biron v. Jody Upton, et al
                          USDC No. 4:15-CV-205

Dear Ms. Biron,

We received your notification of the collection of fees in accordance with district court's order of March 19, 2015. The fees being collected are for the initial filing of your complaint in district court.

As indicated in our notice of July 28, 2015 you are still required to:

(1) Make a one-time payment of $505.00 to the **district court clerk**; or,

(2) Apply to the **district court** for permission to appeal in forma pauperis (IFP). If you want this option you should contact the district court for specific instructions and any forms they have, and should contact your prison authorities for instructions how to get a "certified trust fund account statement." Also, if your prison requires them, you must sign consent forms and authorizations to have money taken from your account. You must send these forms to the district court, along with your motion to proceed on appeal in forma pauperis, your certified trust fund account statement and any other required. If the **district court** grants you permission to appeal IFP, you will have to pay an "initial partial filing fee" calculated by the court. You must pay this initial fee from your inmate trust fund account. If your account does not have enough money to pay the full initial fee, all money in your account will be collected and the remainder taken when more funds exist. After this initial fee is paid, you still will have to pay the rest of the $505.00 fee from your prison trust fund account.

I have been authorized to extend the due until date October 1, 2015 to pay the fee. Failure to comply within this adjusted period will result in the dismissal of your case without further notice

        Sincerely,

        LYLE W. CAYCE, Clerk

        *Claudia N. Farrington*

        By: _____
        Claudia N. Farrington, Deputy Clerk
        504-310-7706

Name Lisa Biron
Reg. No. 12775-049
Federal Medical Center, Carswell
P.O. Box 27137
Ft. Worth, TX 76127

legal mail

⇔12775-049⇔
US District Court
Clerk of Court
501 W 10TH ST
Room 310
FORT Worth, TX 76102
United States

7610 0297 5999

FROM: FT WORTH TX 760
DALLAS TX 753
23 SEP 2015 PM 5 L

FMC Carswell
P.O. Box 27066
Fort Worth, TX 76127  9-23-15
Mailed: _____
The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has neither been opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification.  (4)

RECEIVED
2015 SEP 25 PM 1:05
CLERK OF COURT,
U.S. DISTRICT COURT
NORTHERN DIST OF TX
FT WORTH DIVISION

