IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| LISA BIRON, § | |
| (BOP No. 12775-049) § | |
| V. § | CIVIL ACTION NO. 4:15-CV-205-O |
| § | |
| JODY UPTON, Warden, § | |
| FMC-Carswell, et al. § | |

### ORDER REGARDING MOTION TO PROCEED IN FORMA PAUPERIS ON APPEAL

Before the Court is movant/appellant Lisa Biron's Application/ Motion for Leave to Proceed *In Forma Pauperis* on Appeal (ECF No.16). Biron is incarcerated in the Bureau of Prisons's FMC-Carswell institution. The Court has considered Biron's application for leave to proceed in forma pauperis on appeal, the certified trust fund account statement or institutional equivalent,[1] and all consents and other documents required by the agency having custody of the appellant to withdraw funds from the account.

( **X** )   The motion for leave to proceed *in forma pauperis* on appeal pursuant to 28 U.S.C. § 1915 (ECF No. 16) is **GRANTED**. 28 U.S.C. § 1915.

( **X** )   The appellant is assessed an initial partial appellate filing fee of **$23.35**. The agency having custody of Appellant shall collect this amount from the trust fund account or institutional equivalent, when funds are available, and forward it to the clerk of the district court. *See* 28 U.S.C. § 1915(b)(1).

( **X** )   Thereafter, the appellant shall pay **$481.65**, the balance of the appellate filing fees, in periodic installments as provided in 28 U.S.C. § 1915(b)(2). The appellant is required to make payments of 20% of the preceding month's income credited to the appellant's prison account until Appellant has paid the total appellate filing fees of $455.00. The agency having custody of the appellant shall collect this amount from the trust fund account or institutional equivalent, when funds are available and when permitted by 28 U.S.C. § 1915(b)(2), and forward it to the district court clerk.

The Clerk shall mail a copy of this Order to the inmate accounting office or other person(s) or entity with responsibility for assessing, collecting, and remitting to the district court filing fee payments on behalf of inmates, as designated by the facility in which Appellant is currently or subsequently confined.

**SO ORDERED** this **28th day** of **September, 2015.**

_Reed O'Connor_
Reed O'Connor
UNITED STATES DISTRICT JUDGE

---

[1] Biron previously submitted a certificate of inmate trust account in case number 4:14-CV-772-O on July 15, 2015 (ECF No. 19) that includes her inmate account information for the six months period preceding the date of filing of a notice of appeal in this case. Thus, the Court has considered that trust account information in making the calculation required by 28 U.S.C. § 1915(b)(1).