RECEIVED
By Gerdts at 4:29 pm, Mar 12, 2018

# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

March 12, 2018

#12775-049
Ms. Lisa A. Biron
FCI Waseca
1000 University Drive, S.W., P.O. Box 1731
Waseca, MN 56093-1500

    No. 15-10684   Lisa Biron v. Jody Upton, et al
                   USDC No. 4:15-CV-205

Dear Ms. Biron,

We received you 3/6/18 "Notice of Intent to Seek a Writ of Mandamus".

Your appeal is currently pending with the court.  We will send you notice when the court acts.

                        Sincerely,

                        LYLE W. CAYCE, Clerk

                        By: _____
                        Cindy M. Broadhead, Deputy Clerk
                        504-310-7707

cc:
    Ms. Karen S. Mitchell
    Ms. Tami C. Parker
    Mr. Brian Walters Stoltz