Lisa A. Biron
Reg. # 12775-049
FCI Waseca
P.O. Box 1731
Waseca, MN 56093

4:15-CV-205-O

U.S. District Court
Northern District of Texas
Clerk of Court
501 West Tenth Street, Rm. 510
Fort Worth, TX 76102

June 27, 2018

Re: Case no. 15-10684

Dear Clerk:

I received the Fifth Circuit's order in the abovecited case affirming in part, vacating in part, and remanding the case back to the district court.

You will note, that the district court served as advocate for the defendants in this case, who were never served, and then proceeded to commit reversible error dismissing the suit as it did.

As an indigent inmate, the $ 505.00 appellate filing fee was a terrible hardship for me. As you know, this $ 505.00 fee was in addition to the $ 350.00 fee for the initial filing in this court, and it took years for me to pay off these fees via many meager installments from my inmate trust account.

The fact that I was forced to pay an appellate filing fee was the direct consequence of this court's error. I ask, therefore, that you reimburse the $ 505.00 appellate filing fee to my inmate trust account at your earliest convenience. I believe a refusal to do so will make for an interesting article in the Prison Legal News.

Thank you for your attention to this matter.

Sincerely,

Lisa Biron

Lisa Biron

Cc: Fifth Circuit Ct. of App.

