UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

Lisa A. Biron,
    Plaintiff

v.                                          Civil Action No. 4:15-CV-205-O

Jody Upton, et al,
    Defendants

## Motion to Reimburse Appellate Filing Fee

On March 18, 2015, Ms. Biron brought this action asserting civil rights claims against the Defendants. This Court dismissed all claims with prejudice under a Prison Litigation Reform Act ("PLRA")-screening, and was reversed, in part, on appeal to the Fifth Circuit, and the case remanded. The mandate issued on August 10, 2018.

The Defendants were never served with the initial Complaint and, therefore, bear no responsibility for the outcome of this action at the district court level which forced Ms. Biron to bring an appeal that cost her $ 505.00. As an indigent inmate, the monthly extraction of this fee and the district court filing fee was a hardship at 40% of the meager monthly gift-deposit from her family.

Wherefore, Ms. Biron requests that the Court—in the spirit of Fed. R. Civ. P. 54(d)— reimburse to her prison trust account the appellate filing fee.

Respectfully Submitted

8/23/2018
Date

*Lisa Biron*
Lisa Biron
12775-049
FCI Waseca, MN