UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

Lisa Biron,
    Plaintiff

v.

Warden Jody Upton, et al.,
    Defendants

Case No. 4:15-CV-205-O

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
OCT 29 2018
CLERK, U.S. DISTRICT COURT
By_____
       Deputy

## Motion to Expedite Case

Ms. Biron's daughter Rachael Biron, who is 20 years-old, has made plans to visit Ms. Biron at FCI Waseca, MN. Because of the multiple false assertions by the defendants and the AUSAs in the underlying criminal case who have falsely alleged that there is a court-ordered bar to contact, the staff at Waseca, MN have not approved Rachael Biron to visit Ms. Biron.

The situation, which should have been addressed years ago by this Court, remains unresolved and the defendants' unlawful acts enabled and allowed to continue by the inaction of this Article III Court.

WHEREFORE Ms. Biron requests this Honorable Court expedite the adjudication of this case to protect the constitutional rights of her daughter and herself, and to grant such other relief as is just and equitable.

Respectfully submitted,

10/25/18
Date

Lisa Biron
FCI Waseca

Name Lisa Biron   Reg# 12775-049
Federal Correctional Institution Unit: D
P.O. Box 1731
Waseca, MN 56093

MINNEAPOLIS MN 554

25 OCT 2018 PM 3 L

◇12775-049◇
Us District Court
Clerk of Court
501 W 10TH ST
Room 310
FORT Worth, TX 76102
United States

DEPUTY CLERK

2018 OCT 29 PM 12:28

RECEIVED
NORTHERN DIST. OF TX
FORT WORTH DIVISION
CLERK OF DISTRICT COURT

Federal Correctional Institution
P.O. Box 1731
Waseca, MN 56093-0741