IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| LISA BIRON, <br> (BOP No. 12775-049) <br><br> Plaintiff, <br> V. <br><br> JODY UPTON, Warden, <br> FMC-Carswell, et al. <br><br> Defendants. | § § § § § § § § § § § | Civil Action No. 4:15-cv-205-O |

## ORDER DENYING MOTION TO EXPEDITE CASE

Now pending is a motion to expedite case filed by Plaintiff Lisa Biron. Mot. Expedite ECF No. 29. The case was just reopened on August 10, 2018, the Court issued an order on August 16, 2018, and the Court has now issued other orders this same date, including an order to authorize service of Biron's claims upon the remaining defendants. The motion to expedite therefore must be denied.

It is therefore **ORDERED** that the motion to expedite case (ECF No. 29) is **DENIED**.

**SO ORDERED** this **30th day** of **October, 2018.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE