**USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.**

U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

#4 KL

ORIGINAL

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Lisa A. Biron | 4:15-CV-205-O |
| DEFENDANT | TYPE OF PROCESS |
| Mr. Jody Upton, FMC Carswell Warden | Civil |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Jody R. Upton, Warden, Federal Medical Center, Carswell
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
J Street, Bldg. 3000, Fort Worth, Texas 76127

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Lisa A. Biron
Reg. # 12775-049
Federal Correctional Institution
P.O. Box 1731
Waseca, MN 56093

| Number of process to be served with this Form 285 | 1 |
|---|---|
| Number of parties to be served in this case | 5/7 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Fold

Signature of Attorney other Originator requesting service on behalf of:
*Lisa Biron*
☒ PLAINTIFF
☐ DEFENDANT
TELEPHONE NUMBER: (507) 835-8972
DATE: 11/5/2018

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process 7 | District of Origin No. A77 | District to Serve No. A77 | Signature of Authorized USMS Deputy or Clerk | Date JAFS 11-16-18 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)
Kacie Inman, Senior CLC Attorney

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)
3000 I St.
Ft. Worth, TX 76127

Date: 11/21/2018    Time: 11:50 ☒ am ☐ pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| $65.00 | $10.68 | | $75.68 | | IFP |

REMARKS:
11/21/2018- Above accepted service on behalf of within named. 19.4 miles r/t.

**PRINT 5 COPIES:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/80

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 4:15-cv-00205-O

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Jody R. Upton__
was received by me on *(date)* __November 16, 2018__.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* __Kacie Inman__, who is designated
by law to accept service of process on behalf of *(name of organization)* __FMC Carswell__
_____ on *(date)* __November 21, 2018__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ other *(specify)* _____

My fees are $ __10.68__ for travel and $ __65.00__ for services, for a total of $ __75.68__

I declare under penalty of perjury that this information is true.

Date: __November 21, 2018__

Server's signature: *[signature]*

Printed name and title: __K. Luckey, DUSM__

Server's address: __U.S. Courthouse Ft. Worth, TX__

[Filed stamp: NOV 21 2018 3:05 pm, DISTRICT OF TEXAS]

Additional information regarding attempted service, etc:

USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

#5 KL

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Lisa A. Biron | 4:15-CV-205-O |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| FNU Wenger, SIS Officer | Civil |

ORIGINAL

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Ms. Wenger, Federal Medical Center, Carswell
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
J Street, Bldg. 3000, Fort Worth, Texas 76127

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Lisa A. Biron
Reg. # 12775-049
Federal Correctional Institution
P.O. Box 1731
Waseca, MN 56093

| Number of process to be served with this Form 285 | 1 |
|---|---|
| Number of parties to be served in this case | ~~5~~ 7 |
| Check for service on U.S.A. | N |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT
*Lisa Biron*

TELEPHONE NUMBER: (507) 835-8972
DATE: 11/5/2018

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)

Total Process: 7
District of Origin No. A77
District to Serve No. A77
Signature of Authorized USMS Deputy or Clerk: OH
Date: JDS 11-16-18

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above):
Kacie Inman Senior CLC Attorney

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above):
3000 J St.
Ft. Worth, TX 76127

Date: 11/21/2018  Time: 11:50 ☒ am ☐ pm

Signature of U.S. Marshal or Deputy: *L. Luthy*

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| $65.00 | 0 | | $65.00 | | IFP |

REMARKS:
11/21/2018- Above accepted service on behalf of within named.

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/80

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 4:15-cv-00205-O

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Ms. Wenger__
was received by me on *(date)* __November 16, 2018__

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* __Kacie Inman__ , who is designated
by law to accept service of process on behalf of *(name of organization)* __FMC Carswell__
_____ on *(date)* __November 21, 2018__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ other *(specify)* _____
_____

My fees are $ __0__  for travel and $ __65.00__  for services, for a total of $ __65.00__

I declare under penalty of perjury that this information is true.

Date: __November 21, 2018__

Server's signature: __L. Luckey__

Printed name and title: __K. Luckey, DUSM__

Server's address: __U.S. Courthouse Ft. Worth, TX__

[Stamp: DISTRICT OF TEXAS FILED NOV 21 2018 9:05 AM]

Additional information regarding attempted service, etc:

USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

Case 4:15-cv-00205-P    Document 85    Filed 11/21/18    Page 5 of 8    PageID 200

**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

#7 XL

ORIGINAL

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Lisa A. Biron | 4:15-CV-205-O |
| DEFENDANT | TYPE OF PROCESS |
| E. Smith-Branton, Unit Disciplinary Committee Member | Civil |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Ms. E. Smith-Branton, Federal Medical Center, Carswell
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
J Street, Bldg. 3000, Fort Worth, Texas 76127

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Lisa A. Biron
Reg. #12775-049
Federal Correctional Institution
P.O. Box 1731
Waseca, MN 56093

| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 5 7 |
| Check for service on U.S.A. | N |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT
*Lisa Biron*
TELEPHONE NUMBER: (507) 835-8972
DATE: 11/5/2018

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)
Total Process: 7
District of Origin No. 477
District to Serve No. 477
Signature of Authorized USMS Deputy or Clerk
Date: JDIS 11-16-18

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above):
Karie Inman, Senior CLC Attorney

Address (complete only if different than shown above):
3000 J St.
Ft. Worth, TX 76127

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Date: 11/21/2018    Time: 11:50 ☒ am ☐ pm
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or (Amount of Refund*) |
|---|---|---|---|---|---|
| $65.00 | 0 | | $65.00 | | IFP |

REMARKS:
11/21/2018 - Above accepted service on behalf of within named.

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/80

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 4:15-cv-00205-O

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Ms. E. Smith-Branton__
was received by me on *(date)* __November 16, 2018__.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* __Kacie Inman__, who is designated
by law to accept service of process on behalf of *(name of organization)* __FMC Carswell__
_____ on *(date)* __November 21, 2018__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ other *(specify)*: _____
_____

My fees are $ __0__ for travel and $ __65.00__ for services, for a total of $ __65.00__

I declare under penalty of perjury that this information is true.

Date: __November 21, 2018__

Server's signature: __K. Luckey__

Printed name and title: __K. Luckey, DUSM__

Server's address: __U.S. Courthouse Ft. Worth, TX__

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
NOV 21 2018  3:05 pm
CLERK...

Additional information regarding attempted service, etc:

USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

#6 KL

ORIGIN

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Lisa A. Biron | 4:15-CV-205-O |
| DEFENDANT | TYPE OF PROCESS |
| FNU Kingsley, SIS Officer | Civil |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Ms. Kingsley, Federal Medical Center, Carswell
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
J Street, Bldg. 3000, Fort Worth, Texas 76127

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Lisa A. Biron
Reg. # 12775-049
Federal Correctional Institution
P.O. Box 1731
Waseca, MN 56093

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | ~~5~~ 7 |
| Check for service on U.S.A. | N |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of: [X] PLAINTIFF [ ] DEFENDANT
*Lisa Biron*
TELEPHONE NUMBER: (507) 835-8972
DATE: 11/5/2018

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated.
(Sign only for USM 285 if more than one USM 285 is submitted)

Total Process: 7
District of Origin No. A77
District to Serve No. A77
Signature of Authorized USMS Deputy or Clerk
Date: 11-16-18

[X] I hereby certify and return that I have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)
Kacie Inman, Senior CLC Attorney

Address (complete only if different than shown above)
3000 I St.
Ft. Worth, TX 76127

Date: 11/21/2018
Time: 11:50 [X] am [ ] pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or (Amount of Refund*) |
|---|---|---|---|---|---|
| $65.00 | 0 | | $65.00 | | IFP |

REMARKS:
11/21/2018 - Above accepted service on behalf of within named.

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/80



AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 4:15-cv-00205-O

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Ms. Kingsley__
was received by me on *(date)* __November 16, 2018__.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* __Korie Inman__, who is designated by law to accept service of process on behalf of *(name of organization)* __FMC Carswell__
on *(date)* __November 21, 2018__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ other *(specify)*: _____

My fees are $ __0__ for travel and $ __65.00__ for services, for a total of $ __65.00__

I declare under penalty of perjury that this information is true.

Date: __November 21, 2018__

_L. Luckey_
Server's signature

__K. Luckey, DUSM__
Printed name and title

__U.S. Courthouse Ft. Worth, TX__
Server's address

NOV 21 2018  3:05 PM

Additional information regarding attempted service, etc: