IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

_____

LISA BIRON,
(BOP No. 12775-049)

      Plaintiff,

v.

JODY UPTON, Warden,
FMC-Carswell, et al.

      Defendants.

Civil Action No. 4:15-CV-205-O

## NOTICE OF APPEARANCE

The undersigned hereby enters an appearance as counsel for defendants Upton,

Cimperman (Carter), Winger, Kingsley, and Smith-Branton.

Respectfully submitted,

ERIN NEALY COX
United States Attorney

/s/ Brian W. Stoltz
Brian W. Stoltz
Assistant United States Attorney
Texas Bar No. 24060668
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone:  214-659-8626
Facsimile:   214-659-8807
brian.stoltz@usdoj.gov

Attorneys for Defendants Upton,
Cimperman (Carter), Wenger, Kingsley,
and Smith-Branton

<u>Certificate of Service</u>

On January 22, 2019, I served the foregoing document on plaintiff Lisa Biron by mailing it to her via prepaid first-class mail, addressed as follows:

Lisa Biron # 12775-049
FCI Waseca
P.O. Box 1731
Waseca, MN 56093

<u>/s/ Brian W. Stoltz</u>
Brian W. Stoltz
Assistant United States Attorney