IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

_____

| | |
|---|---|
| LISA BIRON,<br>(BOP No. 12775-049)<br><br>       Plaintiff,<br><br>v.<br><br>JODY UPTON, Warden,<br>FMC-Carswell, et al.<br><br>       Defendants. | Civil Action No. 4:15-CV-205-O |

## **CERTIFICATE OF INTERESTED PERSONS**

This is to certify that, other than the parties to this case, the undersigned counsel for defendants is currently unaware of any person, organization, or other legal entity with a financial interest in the outcome of this case.

**Certificate of Interested Persons – Page 1**

Respectfully submitted,

ERIN NEALY COX
United States Attorney

/s/ Brian W. Stoltz
Brian W. Stoltz
Assistant United States Attorney
Texas Bar No. 24060668
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone:   214-659-8626
Facsimile:    214-659-8807
brian.stoltz@usdoj.gov

Attorneys for Defendants Upton,
Cimperman (Carter), Wenger, Kingsley,
and Smith-Branton

## Certificate of Service

On January 22, 2019, I served the foregoing document on plaintiff Lisa Biron by mailing it to her via prepaid first-class mail, addressed as follows:

Lisa Biron # 12775-049
FCI Waseca
P.O. Box 1731
Waseca, MN 56093

/s/ Brian W. Stoltz
Brian W. Stoltz
Assistant United States Attorney