IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| LISA BIRON, | § | |
| (BOP No. 12775-049) | § | |
| | § | |
| **Plaintiff,** | § | |
| V. | § | Civil Action No. 4:15-cv-205-O |
| | § | |
| JODY UPTON, Warden, | § | |
| FMC-Carswell, et al. | § | |
| | § | |
| **Defendants.** | § | |

## ORDER GRANTING MOTION FOR EXTENSION AND STAYING CASE

The office of the United States Attorney has moved for an extension of time and stay of this case. Mot. Extension, ECF No. 40. Due to a lapse in appropriations for the Department of Justice as part of the ongoing partial government shutdown, by entry of Special Order No.13-3 on December 28, 2018, Chief Judge Barbara M.G. Lynn STAYED all civil cases in the Northern District of Texas in which (1) the United States or a federal agency or official is a party and (2) the attorney of record is an Assistant United States Attorney in the U.S. Attorney's Office for the Northern District of Texas. *See* Order Granting Government's Omnibus Motion for Stay of Cases in Light of Lapse of Appropriations (N.D. Tex. Dec. 28, 2018).

This case was previously dismissed in the screening process but is on remand from the Fifth Circuit to allow plaintiff Lisa Biron to file an amended complaint against certain *Bivens* defendants. That amended complaint has now been filed; the Court ordered service of process; and the U.S. Attorney's Office and the *Bivens* defendants were served in late November 2018. Because the time for responding to the complaint in this case had not yet arrived at the time the prior stay order was entered, no AUSA had yet appeared as counsel for the defendants, and thus the stay did not then apply to this case.

It is therefore **ORDERED** that the motion for extension of time is **GRANTED** such that this case is now **STAYED** until further notice for the reasons set forth in Special Order No. 13-3. The Assistant United States Attorney assigned to this case is directed to notify the Court as soon as Congress has appropriated funds for the Department of Justice, and the stay will be lifted at that time. The deadline to answer or otherwise respond to Plaintiff's amended complaint is extended to seven days after the stay is lifted.

 **SO ORDERED** this **23rd day** of **January, 2019.**

 _____
 Reed O'Connor
 UNITED STATES DISTRICT JUDGE

2