IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

_____

| | |
|---|---|
| LISA BIRON,<br>(BOP No. 12775-049)<br><br>       Plaintiff,<br><br>v.<br><br>JODY UPTON, Warden,<br>FMC-Carswell, et al.<br><br>       Defendants. | Civil Action No. 4:15-CV-205-O |

## NOTICE OF RESTORATION OF APPROPRIATIONS

Pursuant to the Court's order of January 23, 2019, the undersigned gives notice that appropriations have been restored to the Department of Justice and, therefore, the stay entered by this Court in its January 23, 2019 order can be lifted.

**Notice of Restoration of Appropriations – Page 1**

Respectfully submitted,

ERIN NEALY COX
United States Attorney

/s/ Brian W. Stoltz
Brian W. Stoltz
Assistant United States Attorney
Texas Bar No. 24060668
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone:   214-659-8626
Facsimile:   214-659-8807
brian.stoltz@usdoj.gov

Attorneys for Defendants Upton,
Cimperman (Carter), Wenger, Kingsley,
and Smith-Branton

<u>Certificate of Service</u>

On January 28, 2019, I served the foregoing document on plaintiff Lisa Biron by mailing it to her via prepaid first-class mail, addressed as follows:

    Lisa Biron # 12775-049
    FCI Waseca
    P.O. Box 1731
    Waseca, MN 56093

/s/ Brian W. Stoltz
Brian W. Stoltz
Assistant United States Attorney