IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| LISA BIRON,<br>(BOP No. 12775-049)<br><br>    Plaintiff,<br>V.<br><br>JODY UPTON, Warden,<br>FMC-Carswell, et al.<br><br>    Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 4:15-cv-205-O |

## ORDER LIFTING STAY

The office of the United States Attorney has notified the Court that Congress has appropriated funds for the Department of Justice, such that the stay of this case can be lifted.

It is therefore **ORDERED** that the stay in this case is lifted. The deadline to answer or otherwise respond to Plaintiff's amended complaint is extended until **February 5, 2019.**

**SO ORDERED** this **29th day** of **January, 2019.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE