Lisa A. Biron
Reg. # 12775-049
FCI Waseca
P.O. Box 1731
Waseca, MN 56093



RECEIVED
MAR 21 2019
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

March 15, 2019

Judge O'Connor
U.S. District Court
501 W. 10th Street, Rm 310
Fort Worth, TX 76102

Re: 4:15-CV-205-O, Biron v. Upton, et al.

Dear Judge O'Connor:

I have enclosed a copy of the envelope with a March 11, 2019 postmark in which Attorney Stoltz mailed my copy of his Response to my Motion to Strike. You will note that Mr. Stoltz certified to the Court that he mailed this document to me on March 6, 2019.

Fortunately, I had already obtained a copy of this filing off of PACER from a friend.

The fact of Attorney Stoltz' false certification to this Court, and my late receipt of this filing, further supports my request for appointment of counsel. Representation by an attorney with access to the ECF system will ensure that I am not prejudiced by the failure of Mr. Stoltz to timely mail copies of his filings to me in the future.

Thank you for making this correspondence and enclosed photocopy a part of the record.

Sincerely,

*Lisa Biron*
Lisa Biron

Enclosure
Cc: Attorney Stoltz

Respectfully submitted,

ERIN NEALY COX
United States Attorney

/s/ Brian W. Stoltz
Brian W. Stoltz
Assistant United States Attorney
Texas Bar No. 24060668
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone: 214-659-8626
Facsimile: 214-659-8807
brian.stoltz@usdoj.gov

Attorneys for Defendants Upton,
Cimperman (Carter), Wenger, Kingsley,
and Smith-Branton

Certificate of Service

On March 6, 2019, I served the foregoing document on plaintiff Lisa Biron by mailing it to her via prepaid first-class mail, addressed as follows:

Lisa Biron # 12775-049
FCI Waseca
P.O. Box 1731
Waseca, MN 56093

/s/ Brian W. Stoltz
Brian W. Stoltz
Assistant United States Attorney

---

U.S. Department of Justice
United States Attorneys Office
*Northern District of Texas*
*1100 Commerce Street, Third Floor*
*Dallas, TX 75242-1699*

Official Business

NORTH TEXAS TX P&DC
DALLAS TX 750
11 MAR 2019 PM 5 L

Lisa Biron # 12775-049
FCI Waseca
P.O. Box 1731
Waseca, MN 56093



3/15/19

Federal Correctional Institution
P.O. Box 1731
Waseca, MN 56093

Lisa Biron
12775-049
D
3/15/19

⇔12775-049⇔
Us District Court
Clerk of Court
501 W 10TH ST
Room 310
FORT Worth, TX 76102
United States

Attn: Judge O'Connor
76102-575999

MINNEAPOLIS MN 553
18 MAR 2019 PM 2 L

2019 MAR 21 PM 1:59
RECEIVED
FORT WORTH DIVISION
NORTHERN DIST. OF TX
CLERK OF DISTRICT COURT

DEPUTY CLERK