

Lisa A. Biron
Reg. # 12775-049
FCI Waseca
P.O. Box 1731
Waseca, MN 56093

April 1, 2019

Judge O'Connor
U.S. District Court
Northern District of Texas
501 W. Tenth St., Rm 310
Fort Worth, TX 76102

Re: Biron v. Upton, et al., no. 4:15-CV-205-O

Dear Judge O'Connor:

I have enclosed a copy of Attorney Stoltz' latest certificate of service and a copy of the post-mark and certified mail label located on the envelope.

You will note, that despite Attorney Stoltz' reassurances to the contrary, my copy of his filing was actually put in the mail three (3) days later than certified. Specifically, the certification states that my copy was mailed on 3/22/2019, whereas the postmark and information available at USPS.gov reveals that it was mailed on 3/25/19 at 7:00 p.m.

Once again, I feel this supports my motion for appointment of counsel who will see all of the defendants' filings instantaneously on the ECF system.

Thank you for making this letter and enclosed photocopy a part of the record.

Sincerely,

Lisa Biron

Lisa Biron

Enclosure
Cc: Attorney Stoltz





ent of Justice
Attorneys Office
ict of Texas
reet, Third Floor
-1699

7018 2290 0001 4480 3591

Lisa Biron # 12775-049
FCI Waseca
P.O. Box 1731
Waseca, MN 56093

56093-083131

/s/ Brian W. Stoltz
Brian W. Stoltz
Assistant United States Attorney
Texas Bar No. 24060668
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone: 214-659-8626
Facsimile: 214-659-8807
brian.stoltz@usdoj.gov

Attorneys for Defendants Upton,
Cimperman (Carter), Wenger, Kingsley,
and Smith-Branton

### Certificate of Service

On March 22, 2019, I served the foregoing document on plaintiff Lisa Biron by mailing it to her via certified mail # 7018 2290 0001 4480 3591, addressed as follows:

Lisa Biron # 12775-049
FCI Waseca
P.O. Box 1731
Waseca, MN 56093

/s/ Brian W. Stoltz
Brian W. Stoltz
Assistant United States Attorney

CLERK US DIST. OF TX
NORTHERN DIST. OF TX
FORT WORTH DIVISION
RECEIVED

2019 APR -5  PM 4: 08

DEPUTY CLERK_____

MINNEAPOLIS MN 554

Lisa Bion
12775-049
D

Federal Correctional Institution
P.O. Box 1731
Waseca, MN 56093-0741

◇12775-049◇
Us District Court
Clerk of Court
501 W 10TH ST
Room 310
FORT Worth, TX 76102
United States