

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

### SPECIAL ORDER 3-329

The cases listed on Exhibit A to this order are hereby transferred to Judge Mark Pittman's docket and shall henceforth be designated by the suffix letter "P." To better equalize pending caseloads across the district, this list includes criminal cases that are pending in the Abilene and San Angelo Divisions as of this date. Criminal cases filed in the Abilene and San Angelo Divisions after this date will be assigned under Special Order No. 3-330.

The Clerk of Court is directed to notify each attorney by providing the attorney a copy of this order and Exhibit A.

**SO ORDERED.**

August 8, 2019

BARBARA M.G. LYNN
CHIEF JUDGE

| | CASES TO BE TRANSFERRED FROM THE DOCKET OF JUDGE REED O'CONNOR TO JUDGE MARK PITTMAN | |
|---|---|---|
| 1 | 4:17-CV-00887-O | Samples v. State Farm Lloyds, et al. |
| 2 | 4:18-CV-00101-O | Strange, et al. v. Mansfield Independent School District, et al. |
| 3 | 4:18-CV-00597-O | Mbome v. Njie, et al. |
| 4 | 4:18-CV-00603-O-BP | Enloe v. Deutsche Bank National Trust Company, et al. |
| 5 | 4:18-CV-00705-O | Ota v. Ota |
| 6 | 4:18-CV-00723-O | Palmer v. BNSF Railway Co. |
| 7 | 4:18-CV-00753-O | Perry v. Pennymac Loan Services, LLC |
| 8 | 4:18-CV-00973-O | Carlock v. American Medical Systems, Inc., et al. |
| 9 | 4:18-CV-00983-O | Torres et al v. American Airlines Inc., et al. |
| 10 | 4:19-CV-00022-O | Roor International BV v. Easy's Smokeshop #5 LLC, et al. |
| 11 | 4:19-CV-00023-O | Roor International BV v. Easy's Smokeshop #5 LLC, et al. |
| 12 | 4:19-CV-00155-O | Devault v. BNSF Railway Company |
| 13 | 4:19-CV-00193-O | Overlook Terrace LLC v. Sentinel Insurance Company Ltd. |
| 14 | 4:19-CV-00211-O | Horton v. Select Portfolio Servicing, Inc. |
| 15 | 4:19-CV-00343-O | Martinez v. City of North Richland Hills, et al. |
| 16 | 4:19-CV-00491-O | Heritage Family Specialty Foods, Inc. v. Sentry Insurance A Mutual Company |
| 17 | 4:19-CV-00497-O | Life Partners Creditors' Trust et al v. Alexander, et al. |
| 18 | 4:19-CV-00513-O | Carpenter v. The Lincoln National Life Insurance Company, et al. |
| 19 | 4:19-CV-00545-O | St. Clair v. Carrington Mortgage Services, LLC, et al. |
| 20 | 4:19-CV-00082-O | Dunagan v. PHL Variable Insurance Company |
| 21 | 4:18-CV-00820-O | Mitchell v. Ocwen Loan Servicing, LLC *et al* |
| 22 | 4:19-CV-00294-O | Cohen v. Prairie Dog Pet Products, LLC |
| 23 | 4:18-CV-00932-O | RSS WFCM2015SG1-NJ SSD, LLC v. Trivedi Enterprises, LTD, et al. |
| 24 | 4:19-CV-00410-O | DB2017 LLC v. Select Portfolio Servicing, Inc. *et al* |
| 25 | 4:19-CV-00416-O | Daniels v. Regions Bank d/b/a Regions Mortgage |
| 26 | 4:19-CV-00434-O | United States of America v. Ybarra *et al* |
| 27 | 4:15-CV-00682-O-BP | Ocwen Loan Servicing LLC v. Deane *et al* |
| 28 | 4:18-CV-00934-O-BP | Lombard et al v. Hindy et al (Referred) |
| 29 | 4:19-CV-00560-O | Kephart v. PHH Mortgage Services |
| 30 | 4:19-CV-00286-O | Stephens v. Red Horse Trans, Inc. *et al* |
| 31 | 4:19-CV-00480-O | Daubig v. Sellers *et al* |
| 32 | 4:18-CV-00872-O | Barry v. Lowe's Home Centers, LLC |
| 33 | 4:18-CV-01006-O | Daniels v. The Kroger Co. |
| 34 | 4:19-CV-00234-O-BP | Culver v. Walgreens Co. |
| 35 | 4:19-CV-00370-O | Williams v. The Kroger Co. |
| 36 | 4:19-CV-00464-O | Frison v. Wal-Mart Stores Texas, LLC |
| 37 | 4:19-CV-00260-O-BJ | Lyon v. Cuckler, MD *et al* |
| 38 | 4:18-CV-00796-O | Anarkali Enterprises, Inc. et al v. John Dee Spicer, Trustee |
| 39 | 4:18-CV-00996-O | John Dee Spicer, Chapter 7 Trustee v. Anarkali Enterprises Inc. |
| 40 | 4:19-CV-00282-O | Scott et al v. Purcell *et al* |
| 41 | 4:19-CV-00546-O | OHC/GP I, Ltd et al v. RCC Guaranteed SLP II, L.P. - Series C, et al. |
| 42 | 4:19-CV-00044-O-BP | McLaurin v. Office of the Attorney General |
| 43 | 4:19-CV-00166-O-BP | Doe v. City of Springtown *et al* |
| 44 | 4:19-CV-00502-O-BP | Davis v. Weatherford Municipal Court *et al* |
| 45 | 4:18-CV-00596-O-BP | Tucker v. The University of Texas at Arlington |
| 46 | 4:19-CV-00134-O-BP | Akins v. The Kroger Co |
| 47 | 4:19-CV-00406-O-BP | Durham v. Department of VA *et al* |
| 48 | 4:19-CV-00440-O | Guyton v. Silverado Senior Living Management, Inc, |
| 49 | 4:19-CV-00514-O | Robinson v. Amazon Fulfillment |
| 50 | 4:19-CV-00250-O | Ferguson v. Family Dollar Stores of Texas, LLC *et al* |
| 51 | 4:19-CV-00302-O-BP | Noble v. CPS - Tarrant County |
| 52 | 4:18-CV-00800-O | Wilson v. V&R Recovery, Inc. *et al* |

| | CASES TO BE TRANSFERRED FROM THE DOCKET OF JUDGE REED O'CONNOR TO JUDGE MARK PITTMAN | |
|---|---|---|
| 53 | 4:18-CV-00894-O | Pearson v. Red Cedar Associates, LLC *et al* |
| 54 | 4:18-CV-01014-O | Lamothe v. Equifax, Inc. *et al* |
| 55 | 4:18-CV-00942-O-BP | Underwood v. Commissioner of Social Security |
| 56 | 4:19-CV-00146-O-BP | Ayala v. Berryhill |
| 57 | 4:19-CV-00456-O-BP | Evans v. Commissioner of Social Security |
| 58 | 4:19-CV-00284-O-BP | Mirza v. Berryhill |
| 59 | 4:19-CV-00142-O-BP | Stecz-Hunter v. United States Department of Education *et al* |
| 60 | 4:18-CV-00828-O | Reyes v. U.S. Bank |
| 61 | 4:19-CV-00169-O | Burch v. Ross |
| 62 | 4:19-CV-00278-O | Wright v. Arlington |
| 63 | 4:18-CV-00829-O | Garza v. Arlington |
| 64 | 4:19-CV-00459-O | 2018 Houses v. Carrington Mortgage |
| 65 | 4:17-CV-00629-O | Arreola, et al v. City of Fort Worth |
| 66 | 4:18-CV-00929-O | Caldwell v. Kroger |
| 67 | 4:19-CV-00019-O | Patterson v. Nationwide Agribusiness Insurance Company |
| 68 | 4:19-CV-00109-O | Laxmi Jee Inc. v. Scottsdale Insurance |
| 69 | 4:19-CV-00139-O | Slatten v. Allstate Texas Lloyds |
| 70 | 4:19-CV-00299-O | Hughes v. Coloplast Corp., et al. |
| 71 | 4:19-CV-00468-O | Peters v. Specialized Loan Servicing LLC, et al. |
| 72 | 4:19-CV-00489-O | The Woodmont Company v. Zurich American Insurance Company |
| 73 | 4:17-CV-01000-O | Williams v. Wilson |
| 74 | 4:18-CV-00120-O | Herndon v. Upton |
| 75 | 4:18-CV-00164-O | Brown v. Wilson |
| 76 | 4:18-CV-00522-O | Howard v. McGuire |
| 77 | 4:17-CV-00029-O | Mayorga v. USA |
| 78 | 4:17-CV-00031-O | Tobar v. USA |
| 79 | 4:17-CV-00096-O | Curry v. USA |
| 80 | 4:17-CV-00190-O | Saunders v. USA |
| 81 | 4:15-CV-00205-O | Biron v. Upton, et al. |
| 82 | 4:18-CV-00638-O | Harris v. Doe, et al. |
| 83 | 4:18-CV-00639-O | Senkowski v. USA |
| 84 | 4:18-CV-00644-O | Samuel v. Mercado, et al. |
| 85 | 4:18-CV-00666-O | Self v. USA |
| 86 | 4:19-CV-00010-O | Chatman v. USA |
| 87 | 4:19-CV-00504-O | Davis v. USA |
| 88 | 4:19-CV-00485-O | Martinez-Negrete v. USA |
| 89 | 4:19-CV-00479-O | Albarran v. USA |
| 90 | 4:19-CV-00494-O | Farmer v. Upton |
| 91 | 4:18-CV-00334-O | Jones v. Davis |
| 92 | 4:18-CV-00629-O | Gillon v. Davis |
| 93 | 4:18-CV-00641-O | Jones v. Davis |
| 94 | 4:18-CV-00775-O | Sandoval-Sifuentes v. Wilson |
| 95 | 4:18-CV-00797-O | Peoples v. Davis |
| 96 | 4:19-CV-00563-O | Phillips v. Davis |
| 97 | 4:19-CV-00551-O | Camacho-Castillo v. Wilson |
| 98 | 4:19-CV-00535-O | Miller v. Davis |
| 99 | 4:19-CV-00534-O | Duvall v. Davis |
| 100 | 4:19-CV-00501-O | Flores v. Warden, FMC-Fort Worth |

## CASES TO BE TRANSFERRED FROM THE DOCKET OF JUDGE JOHN H. MCBRYDE TO JUDGE MARK PITTMAN

| | | |
|---|---|---|
| 101 | 4:17-CV-1020-A | Craig v. City of Fort Worth, et al. |
| 102 | 4:18-CV-268-A | Parra v. All Ways Transport, et al. |
| 103 | 4:18-CV-466-A | Hoefert v. American Airlines, et al. |
| 104 | 4:18-CV-579-A | BNSF Railway Co. v. Orrison |
| 105 | 4:18-CV-730-A | Perreault v. Sterling Inc. |
| 106 | 4:18-CV-802-A | USA v. Johnson, et al. |
| 107 | 4:18-CV-870-A | Smith v. Pallida LLC, et al. |
| 108 | 4:18-CV-885-A | Brown v. USA |
| 109 | 4:18-CV-918-A | Jenkins v. USA |
| 110 | 4:18-CV-937-A | Thomas v. Southstar LLC |
| 111 | 4:18-CV-943-A | Christensen v. USA, et al. |
| 112 | 4:18-CV-944-A | Pealer v. USA |
| 113 | 4:18-CV-988-A | Halcore Group Inc. v. Youghall Enterprises Inc., et al. |
| 114 | 4:18-CV-1017-A | Cox v. Wal-Mart Texas LLC |
| 115 | 4:19-CV-017-A | Thompson v. USA |
| 116 | 4:19-CV-071-A | Mancha v. USA |
| 117 | 4:19-CV-072-A | Wagner Oil Co. v. Federal Ins. Co., et al. |
| 118 | 4:19-CV-075-A | Grabham v. American Airlines Inc. |
| 119 | 4:19-CV-088-A | Beatty v. USA, et al. |
| 120 | 4:19-CV-094-A | Hurston v. USA |
| 121 | 4:19-CV-174-A | McIntire v. BNSF Railway Company |
| 122 | 4:19-CV-199-A | Perryman v. Wilson, et al. |
| 123 | 4:19-CV-207-A | Westley v. USA |
| 124 | 4:19-CV-252-A | First National Bank of Weatherford, Texas v. Mokbel, et al. |
| 125 | 4:19-CV-253-A | Starks, et al. v. American Airlines Inc. |
| 126 | 4:19-CV-305-A | Salascio v. Correctional Officer Ms. Trejo, et al. |
| 127 | 4:19-CV-313-A | Can Capital Asset Servicing Inc. v. Metro Pipe Inspection LLC, et al. |
| 128 | 4:19-CV-321-A | MDJ Aviation LLC v. Uniflight LLC, et al. |
| 129 | 4:19-CV-341-A | Great Lakes Insurance SE v. Loffland |
| 130 | 4:19-CV-344-A | Great Lakes Insurance SE v. PK Yacht Operations LLC |
| 131 | 4:19-CV-353-A | S.J. Louis Construction of Texas Ltd. v. Hernandez |
| 132 | 4:19-CV-361-A | Fidelity & Guaranty Life Insurance Company v. Smith, et al. |
| 133 | 4:19-CV-384-A | Tran v. Mancl |
| 134 | 4:19-CV-393-A | Conner v. O'Connor, et al. |
| 135 | 4:19-CV-394-A | Hillman v. USHealth Group Inc., et al. |
| 136 | 4:19-CV-420-A | Reed, et al. v. State Farm Lloyds Insurance Company |
| 137 | 4:19-CV-427-A | Bustos v. USA |
| 138 | 4:19-CV-428-A | Harden v. USA |
| 139 | 4:19-CV-433-A | Senkowski v. USA |
| 140 | 4:19-CV-438-A | Gibson v. Wilson, et al. |
| 141 | 4:19-CV-444-A | Jones v. Commissioner SSA |
| 142 | 4:19-CV-472-A | Joe Hand Promotions Inc. v. Ink Love LLC, et al. |
| 143 | 4:19-CV-482-A | Cruz v. RaceTrac Petroleum Inc. |
| 144 | 4:19-CV-486-A | Martinez v. The Cumberland Rest Inc. |
| 145 | 4:19-CV-490-A | The Woodmont Company, et al. v. Zurich American Insurance Company |
| 146 | 4:19-CV-506-A | Collum v. Standard Insurance Company |
| 147 | 4:19-CV-507-A | Harris v. State Auto Insurance Companies |
| 148 | 4:19-CV-508-A | Exner, et al. v. First Command Financial Services Inc., et al. |
| 149 | 4:19-CV-528-A | Manso v. Wilson |

| | | CASES TO BE TRANSFERRED FROM THE DOCKET OF<br>JUDGE JOHN H. MCBRYDE TO JUDGE MARK PITTMAN |
|---|---|---|
| 150 | 4:19-CV-533-A | Can Capital Asset Servicing, Inc. v. The Spa at Canyon Oaks, Inc., et al. |
| 151 | 4:19-CV-538-A | Joe Hand Promotions v. Daiquiri with a Twist, LLC, et al. |
| 152 | 4:19-CV-540-A | Swartz v. Textron Ground Support Equipment Inc. |
| 153 | 4:19-CV-544-A | Benjamin v. Equifax Information Services, LLC |
| 154 | 4:19-CV-554-A | Hogan v. Wells Fargo Bank |
| 155 | 4:19-CV-558-A | Greater Community Missionary Baptist Church v. State Farm Lloyds |
| 156 | 4:19-CV-564-A | Roberson v. Wilson |
| 157 | 4:19-CV-584-A | Agasino v. American Airlines Inc. |
| 158 | 4:19-CV-597-A | Jones v. Fred's Bluelight Investments, Inc., *et al* |
| | | CASES TO BE TRANSFERRED FROM THE DOCKET OF<br>JUDGE SAM R. CUMMINGS TO JUDGE MARK PITTMAN |
| 159 | 1:18-CR-62-C | USA v. Seward |
| 160 | 1:18-CR-74-C | USA v. Figueroa |
| 161 | 1:19-CR-3-C | USA v. Battreal |
| 162 | 1:19-CR-4-C | USA v. Ince |
| 163 | 1:19-CR-8-C | USA v. Smolin |
| 164 | 1:19-CR-9-C | USA v. Harris |
| 165 | 1:19-CR-13-C | USA v. Rodriguez |
| 166 | 1:19-CR-15-C | USA v. Williams |
| 167 | 1:19-CR-16-C | USA v. Rubalcava-Vasquez |
| 168 | 1:19-CR-17-C | USA v. Perez-Carrillo |
| 169 | 1:19-CR-19-C | USA v. Jackson |
| 170 | 1:19-CR-20-C | USA v. Peterson |
| 171 | 1:19-CR-23-C | USA v. Hutchison |
| 172 | 1:19-CR-24-C | USA v. Amezcua |
| 173 | 1:19-CR-25-C | USA v. Robles |
| 174 | 1:19-CR-26-C | USA v. Alonso-Garcia |
| 175 | 1:19-CR-27-C | USA v. Lopez-Milan |
| 176 | 1:19-CR-28-C | USA v. Hodgkinson |
| 177 | 1:19-CR-29-C | USA v. Valdiviezo |
| 178 | 1:19-CR-30-C | USA v. Mesta |
| 179 | 1:19-CR-31-C | USA v. Pachicano-Garcia |
| 180 | 1:19-CR-32-C | USA v. Lopez-Espinoza |
| 181 | 1:19-CR-34-C | USA v. Gomez |
| 182 | 1:19-CR-35-C | USA v. Mueller |
| 183 | 1:19-CR-36-C | USA v. Avila-Perez |
| 184 | 1:19-CR-37-C | USA v. Martinez-Zavala |
| 185 | 1:19-CR-38-C | USA v. Campos-Reyes |
| 186 | 1:19-CR-39-C | USA v. Chacon-Velador |
| 187 | 1:19-CR-40-C | USA v. Gonzales, et al. |
| 188 | 1:19-CR-42-C | USA v. Chavez-Aquino |
| 189 | 1:19-CR-43-C | USA v. Rios, et al. |
| 190 | 1:19-CR-45-C | USA v. Padilla-Fajardo |
| 191 | 1:19-CR-46-C | USA v. Cruz-Cervantes |
| 192 | 1:19-CR-47-C | USA v. Monjaras-Cardona |
| 193 | 1:19-CR-48-C | USA v. Jimenez, Jr. |
| 194 | 1:19-CR-49-C | USA v. Smith |
| 195 | 1:19-CR-50-C | USA v. Pena |
| 196 | 1:19-CR-53-C | USA v. Barrientez |
| 197 | 1:19-CR-54-C | USA v. Bonner |
| 198 | 1:19-CR-55-C | USA v. Crain |

| | | |
|---|---|---|
| 199 | 1:19-CR-56-C | USA v. Luera |
| 200 | 1:19-CR-57-C | USA v. Martinez, Jr. |
| 201 | 1:19-CR-58-C | USA v. Duvall, et al. |
| 202 | 1:19-CR-59-C | USA v. Rodriguez-Romero |
| 203 | 1:19-CR-60-C | USA v. Haase |
| 204 | 1:19-CR-61-C | USA v. Sealed, et al. |
| 205 | 1:19-CR-62-C | USA v. Talavera-Hernandez |
| CASES TO BE TRANSFERRED FROM THE DOCKET OF JUDGE SAM R. CUMMINGS TO JUDGE MARK PITTMAN | | |
| 206 | 1:19-CR-63-C | USA v. Garcia-Iglesias |
| 207 | 1:19-CR-64-C | USA v. Cano-Alvarez |
| 208 | 1:19-CR-66-C | USA v. Perez-Medrano |
| 209 | 1:19-CR-67-C | USA v. Saldivar-Torres |
| 210 | 1:19-CR-68-C | USA v. Gonzales |
| 211 | 1:19-CR-69-C | USA v. Baumer |
| 212 | 1:19-CR-70-C | USA v. Stadler, et al. |
| 213 | 1:19-CR-71-C | USA v. Cox |
| 214 | 1:19-CR-72-C | USA v. Altman |
| 215 | 1:19-CR-73-C | USA v. Terrell |
| 216 | 1:19-CR-74-C | USA v. Conner |
| 217 | 6:18-CR-35-C | USA v. Berry |
| 218 | 6:18-CR-49-C | USA v. Leyva |
| 219 | 6:18-CR-55-C | USA v. Mar-Peres |
| 220 | 6:19-CR-4-C | USA v. Alvarez |
| 221 | 6:19-CR-7-C | USA v. Hubbard-Nguyen |
| 222 | 6:19-CR-8-C | USA v. Copeland |
| 223 | 6:19-CR-12-C | USA v. Aguirre-Ramos |
| 224 | 6:19-CR-14-C | USA v. Carrillo |
| 225 | 6:19-CR-15-C | USA v. Sealed |
| 226 | 6:19-CR-16-C | USA v. Mireles-Pasillas |
| 227 | 6:19-CR-17-C | USA v. Bennett |
| 228 | 6:19-CR-19-C | USA v. McGovern |
| 229 | 6:19-CR-20-C | USA v. Keith |
| 230 | 6:19-CR-21-C | USA v. Garcia |
| 231 | 6:19-CR-22-C | USA v. McCarthy |
| 232 | 6:19-CR-24-C | USA v. Jasso, et al. |
| 233 | 6:19-CR-25-C | USA v. Frazier |
| 234 | 6:19-CR-26-C | USA v. Thompson |
| 235 | 6:19-CR-27-C | USA v. Leday |
| 236 | 6:19-CR-28-C | USA v. Clift |
| 237 | 6:19-CR-29-C | USA v. Zapata |
| 238 | 6:19-CR-30-C | USA v. Robertson |