IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| LISA BIRON,<br>(BOP No. 12775-049)<br><br>　　　　Plaintiff,<br>V.<br><br>JODY UPTON, Warden,<br>FMC-Carswell, et al.<br><br>　　　　Defendants. | § § § § § § § § § § § | Civil Action No. 4:15-CV-205-P |

## FINAL JUDGMENT

In accordance with the order issued this same day and Federal Rule of Civil Procedure 58, it is **ORDERED, ADJUDGED,** and **DECREED** that all plaintiff Lisa Biron's claims under the First and Fifth Amendments to the Constitution are **DISMISSED WITH PREJUDICE**; and it is further **ORDERED, ADJUDGED,** and **DECREED** that Biron's remaining claim for declaratory judgment is **DISMISSED** for lack of jurisdiction.

**SIGNED** this **7th day** of **January, 2020.**

_____
Mark T. Pittman
UNITED STATES DISTRICT JUDGE